IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-615 (MN) |
| ) | |
| LUPIN LTD., LAURUS LABS LIMITED, ) | |
| and CIPLA LIMITED, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF GILEAD SCIENCES, INC.'S UNOPPOSED
MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff Gilead Sciences, Inc. respectfully moves the Court for leave to amend its Second Amended Complaint (D.I. 170), pursuant to the Fed. R. Civ. P. 15(a), to add allegations of direct infringement of U.S. Patent No. 11,744,802 against Defendants Lupin Ltd. and Laurus Labs Limited.

Pursuant to D. Del. LR 15.1, a copy of the proposed Third Amended Complaint is attached as Exhibit 1 and a redlined version of the Third Amended Complaint, highlighting the changes from the Second Amended Complaint, is attached as Exhibit 2.

Pursuant to D. Del. LR 7.1.1, counsel for Gilead conferred with counsel for Defendants, and Defendants do not oppose Gilead's motion.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jeremy A. Tigan (#5239) |
| | Megan E. Dellinger (#5739) |
| J. Scott McBride | 1201 North Market Street |
| Rebecca T. Horwitz | P.O. Box 1347 |
| Matthew R. Ford | Wilmington, DE 19899 |
| BARTLIT BECK LLP | (302) 658-9200 |
| 54 West Hubbard Street, Suite 300 | jtigan@morrisnichols.com |
| Chicago, IL 60654 | mdellinger@morrisnichols.com |
| (312) 494-4400 | |
| | *Attorneys for Plaintiff Gilead Sciences, Inc.* |
| Joseph W. Doman | |
| Taylor J.S. Kelson | |
| BARTLIT BECK LLP | |
| 1801 Wewatta Street, Suite 1200 | |
| Denver, CO 80202 | |
| (303) 592-3100 | |

January 2, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-615 (MN) |
| | ) |
| LUPIN LTD., LAURUS LABS LIMITED, | ) |
| and CIPLA LIMITED, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having considered Plaintiff Gilead Sciences, Inc.'s Unopposed Motion for Leave to File Third Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2023, that the Motion is GRANTED.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 2, 2024, upon the following in the manner indicated:

| | |
|---|---|
| James S. Green, Jr., Esquire<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY  10017<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| B. Jefferson Boggs, Esquire<br>Jason M. Wiener, Esquire<br>MERCHANT & GOULD P.C.<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| W. Reid Morris, Esquire<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| James S. Green, Jr., Esquire<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY  10017<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| B. Jefferson Boggs, Esquire<br>Jason M. Wiener, Esquire<br>MERCHANT & GOULD P.C.<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| W. Reid Morris, Esquire<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Defendant Lupin Ltd.* | *VIA ELECTRONIC MAIL* |
| Michael K. Nutter, Esquire<br>MCGUIREWOODS LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL  60601<br>*Attorneys for Defendant Lupin Ltd.* | *VIA ELECTRONIC MAIL* |

Merritt Westcott, Esquire                                   *VIA ELECTRONIC MAIL*
MCGUIREWOODS LLP
Texas Tower
845 Texas Avenue, 24th Floor
Houston, TX  77002
*Attorneys for Defendant Lupin Ltd.*

Daniel P. Withers, Esquire                                  *VIA ELECTRONIC MAIL*
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX  75201
*Attorneys for Defendant Lupin Ltd.*

Corinne S. Hockman, Esquire                                 *VIA ELECTRONIC MAIL*
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, NC  27601
*Attorneys for Defendant Lupin Ltd.*

Jieun Lee, Esquire                                          *VIA ELECTRONIC MAIL*
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA  22102-4215
*Attorneys for Defendant Lupin Ltd.*


                                                  */s/ Jeremy A. Tigan*
                                                  _____
                                                  Jeremy A. Tigan (#5239)

3