**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| GILEAD SCIENCES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-615 (MN) |
| | ) | |
| LUPIN LTD., LAURUS LABS LIMITED, | ) | |
| and CIPLA LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Plaintiff Gilead Sciences, Inc. and Defendants Lupin Ltd., Laurus Labs Limited, and Cipla

Limited, by their undersigned counsel, stipulate and agree to extend the current deadlines

associated with expert discovery, subject to the approval of the Court, as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Initial Expert Reports Due | January 17, 2025 | January 31, 2025 |
| Rebuttal Expert Reports Due | February 28, 2025 | March 14, 2025 |
| Reply Expert Reports Due | April 4, 2025 | April 18, 2025 |
| Expert Discovery Cut-Off | May 30, 2025 | June 13, 2025 |

All remaining deadlines in the Court's Scheduling Order [D.I. 200] shall remain intact.  Pursuant

to D. Del. LR 16.4(b), counsel certify that their clients have been sent a copy of this request.

1

Dated: January 9, 2025                          Respectfully submitted,


MORRIS, NICHOLS, ARSHT & TUNNELL          PHILLIPS MCLAUGHLIN & HALL, P.A.

*/s/ Megan E. Dellinger*                         */s/ David A. Bilson*
Jeremy A. Tigan (#5239)                         John C. Phillips, Jr. (#110)
Megan E. Dellinger (#5739)                      David A. Bilson (#4986)
1201 N. Market Street                           1200 North Broom Street
Wilmington, DE 19801                            Wilmington, DE 19806-4204
T: (302) 658-9200                               Telephone: (302) 655-4200
jtigan@morrisnichols.com                        jcp@pmhdelaw.com
mdellinger@morrisnichols.com                    dab@pmhdelaw.com


*Attorneys for Plaintiff*                        *Attorneys for Lupin Ltd.*


                                                SEITZ, VAN OGTROP & GREEN, P.A.

                                                */s/ James S. Green, Jr.*
                                                James S. Green, Jr. (#4406)
                                                222 Delaware Avenue, Suite 1500
                                                Wilmington, DE 19801
                                                Telephone: (302) 888-0600
                                                jsgreen@svglaw.com

                                                *Attorneys for Laurus Labs Limited and Cipla
                                                Limited*


       SO ORDERED this 10th day of January 2025.



       The Honorable Maryellen Noreika
       United States District Judge


2