**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GILEAD SCIENCES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUPIN LTD., LAURUS LABS LIMITED, )<br>and CIPLA LIMITED, )<br>)<br>Defendants. ) | C.A. No. 22-615 (MN) |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Plaintiff Gilead Sciences, Inc. and Defendants Lupin Ltd., Laurus Labs Limited, and Cipla Limited, by their undersigned counsel, stipulate and agree to extend the current deadlines associated with expert discovery, subject to the approval of the Court, as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Rebuttal Expert Reports Due | March 28, 2025 | April 11, 2025 |
| Reply Expert Reports Due | May 2, 2025 | May 16, 2025 |
| Expert Discovery Cut-Off | June 27, 2025 | July 11, 2025 |

All remaining deadlines in the Court's Scheduling Order [D.I. 200] shall remain intact.

Defendant Cipla Limited, by its undersigned counsel, further agrees that it will not cite or rely on this extension of expert deadlines, or the prior stipulated extensions (D.I. 275; D.I. 281),

1

in connection with its anticipated Request for Leave to File a Reply to Patent Owner's Preliminary Response in IPR2025-00033, or in the Reply itself, if leave is granted.

Pursuant to D. Del. LR 164(b), counsel certify that their clients have been sent a copy of this request.

Dated: March 24, 2025

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jeremy A. Tigan
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 N. Market Street
Wilmington, DE 19801
T: (302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff*

PHILLIPS MCLAUGHLIN & HALL, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Lupin Ltd.*

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Jr.
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
jsgreen@svglaw.com

*Attorneys for Laurus Labs Limited and Cipla Limited*

SO ORDERED this 24th day of March 2025.

_____
The Honorable Maryellen Noreika
United States District Judge