IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-615 (MN) |
| ) | (CONSOLIDATED) |
| LUPIN LTD., LAURUS LABS LIMITED, ) | |
| and CIPLA LIMITED, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF
<u>GREGORY A. STEPHENSON, PH.D.</u>**

PLEASE TAKE NOTICE that, consistent with Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Gilead Sciences, Inc., by and through its attorneys, will take the deposition of Gregory A. Stephenson, Ph.D. on July 3, 2025 at 333 John Carlyle Street, Alexandria, Virginia 22314, at 8:00 a.m. ET, or another time as agreed to by the parties, and will continue from day to day until completed. The deposition shall be before a notary public or other officer authorized by law to administer oaths. The deposition shall be recorded by stenographic, audio, video, and/or real-time computer means. The deposition transcript and/or videotape may be used as evidence at an evidentiary hearing or at trial.

OF COUNSEL:

J. Scott McBride
Rebecca T. Horwitz
Matthew R. Ford
Katherine E. Rhoades
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL  60654
(312) 494-4400

Joseph W. Doman
Taylor J.S. Kelson
Mary K. Landman
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO  80202
(303) 592-3100

July 1, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiff Gilead Sciences, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 1, 2025, upon the following in the manner indicated:

| | |
|---|---|
| James S. Green, Jr., Esquire<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN  55402<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY  10017<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| B. Jefferson Boggs, Esquire<br>Jason M. Wiener, Esquire<br>MERCHANT & GOULD P.C.<br>1900 Duke Street, Suite 600<br>Alexandria, VA  22314<br>*Attorneys for Defendant Cipla Limited* | *VIA ELECTRONIC MAIL* |
| James S. Green, Jr., Esquire<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE  19899<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Christopher J. Sorenson, Esquire<br>MERCHANT & GOULD P.C.<br>150 South Fifth Street, Suite 2200<br>Minneapolis, MN 55402<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| Andrew O. Larsen, Esquire<br>MERCHANT & GOULD P.C.<br>767 Third Avenue, Suite 23C<br>New York, NY 10017<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| B. Jefferson Boggs, Esquire<br>Jason M. Wiener, Esquire<br>MERCHANT & GOULD P.C.<br>1900 Duke Street, Suite 600<br>Alexandria, VA 22314<br>*Attorneys for Defendant Laurus Labs Limited* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806-4204<br>*Attorneys for Defendant Lupin Ltd.* | *VIA ELECTRONIC MAIL* |
| William A. Rakoczy, Esquire<br>Rachel Pernic Waldron, Esquire<br>Kevin E. Warner, Esquire<br>Tracey Starck, Esquire<br>Daniel Sokoloff, Esquire<br>RAKOCZY MOLINO MAZZOCHI SIWIK LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60654<br>*Attorneys for Defendant Lupin Ltd.* | *VIA ELECTRONIC MAIL* |

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)