IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GILEAD SCIENCES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-615 (MN) |
| | ) | (CONSOLIDATED) |
| CIPLA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff Gilead Sciences, Inc. hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Gilead states as follows:

1.  The May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.  A pretrial conference in this case is scheduled for 2:00 p.m. on September 29, 2025, in Courtroom 4A.

3.  A bench trial is set in this case from October 6-10, 2025, in Courtroom 4A.

4.  Courtroom setup for the trial is scheduled for 2 p.m. on October 3, 2025.

5.  The following staff intend to appear at the pretrial conference, courtroom setup, and/or the trial on behalf of Gilead and request access to their electronic devices for purposes of participating in these proceedings, but do not meet the exemptions listed in Paragraph 4 of the May

17, 2024 Standing Order:

- Lydia Laboy, Paralegal
- Tim Weber, Paralegal
- Abraham Cruz, Case Assistant
- Helen Jones, Case Assistant
- T-zady Guzman, Trial Technician
- Mike Pusterla, Trial Technician
- Carly Winter, Trial Technician

WHEREFORE, Gilead respectfully requests that the Court issue an order to exempt the above-named persons from the May 17, 2024 Standing Order for the listed proceedings.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

September 24, 2025

*Attorneys for Plaintiff Gilead Sciences, Inc.*

SO ORDERED, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

2