# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIPLA LIMITED, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 22-615 (MN) <br> (CONSOLIDATED) |

## DEFENDANT'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

Defendant, Cipla Limited ("Cipla") moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Proceedings Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of the Motion, Cipla states as follows:

1.   The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2.   A Pretrial Conference is presently scheduled for 2:00 p.m. on September 29, 2025 in Courtroom 4A.

3.   A designated courtroom setup time for trial is scheduled for October 3, 2025 at 2:00 p.m.

4.   A bench trial is currently scheduled in this case from October 6-10, 2025 in Courtroom 4A.

5. The following persons intend to appear at the pretrial conference, courtroom setup, and/or the trial on behalf of Cipla and request access to their electronic devices for purposes of participating in these proceedings, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- B. Jefferson Boggs, Attorney
- Christopher J. Sorenson, Attorney
- Andrew O. Larsen, Attorney
- Jason M. Wiener, Attorney
- River Lord, Attorney
- Breanna Blask, Paralegal
- Lisa Amos, Case Assistant
- Rob Rosenberg, Trial Technician
- Brooklyn Henke, Trial Technician
- Jon Hout, Trial Technician

WHEREFORE, Cipla respectfully requests that the Court issue an order to exempt the above-mentioned persons from the District of Delaware's May 17, 2024 Standing Order for the listed proceedings.

Dated: September 25, 2025

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ *James S. Green, Jr.*
James S. Green, Jr. (#4406)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 18901
T: (302) 888-7607
jsgreen@svglaw.com

*Counsel for Defendant Cipla Limited*

SO ORDERED this 26th day of September 2025.

The Honorable Maryellen Noreika
United States District Judge