IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., | ) |
| | ) |
| Plaintiff, | ) C.A. No. 22-615 (MN) |
| | ) |
| v. | ) **PUBLIC VERSION** |
| | ) |
| LUPIN LTD., LAURUS LABS LIMITED, and CIPLA LIMITED, | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**AMENDED EXHIBIT 13 TO**
**[PROPOSED] JOINT PRETRIAL ORDER (D.I. 350)**