# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

October 2, 2025

The Honorable Maryellen Noreika                                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re:   *Gilead Sciences, Inc. v. Lupin Ltd., et al.*, C.A. No. 22-615 (MN) (Consolidated)

Dear Judge Noreika:

      To further narrow the issues for trial, Gilead has agreed to drop claim 3 of the '342 patent. The remaining claims and issues for trial are as follows: '342 patent, claim 2 (invalidity only); '067 patent, claim 1 (infringement only); and '802 patent, claim 1 (invalidity only).

      Subject to the Court's approval, Gilead proposes reducing the amount of time for trial from 24 hours (12 hours per side) to 21 hours (10.5 hours per side) to account for the reduced number of asserted claims and witnesses. Dropping claim 3 of the '342 patent has eliminated the need to call four witnesses, but the parties still expect to call twelve live witnesses for the remaining three claims (six witnesses per side). Cipla proposes that the time for trial remain at 24 hours (12 hours per side) as its burden remains by clear and convincing evidence, and infringement under the doctrine of equivalents remains in dispute. Further, there are five additional witnesses who will appear by video deposition, for a total of seventeen trial witnesses.

      Respectfully,

      */s/ Jeremy A. Tigan*

      Jeremy A. Tigan (#5239)

JAT:ds
cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and e-mail)